NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMIE MCIVER,**

*Plaintiff-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Defendant-Appellee*

---

2024-1967

---

Appeal from the United States District Court for the District of Columbia in No. 1:17-cv-01893-RC, Judge Rudolph Contreras.

---

Before DYK, REYNA, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

In response to this court's July 25, 2024 show cause order, the Secretary of Veterans Affairs urges dismissal of this appeal as untimely. Jimmie McIver has not responded.

Mr. McIver filed the underlying complaint asserting employment discrimination by the Department of Veterans Affairs. On November 15, 2018, the district court

dismissed the complaint for lack of jurisdiction.  On June 14, 2024, Mr. McIver filed a notice of appeal directed to this court from the November 15, 2018 decision.

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007).  Because no court of appeal would have jurisdiction over an appeal filed over five years after the judgment being appealed, we dismiss.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

October 1, 2024
Date

Jarrett B. Perlow
Clerk of Court